UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$14,500.00 IN UNITED STATES CURRENCY,<br><br>Defendant.<br><hr>ASHLEY LAWRENCE JAMES,<br><br>Claimant. | Case No. 3:14-CV-0047-LRH-VPC<br><br><u>JUDGMENT OF FORFEITURE</u> |

On January 22, 2014, a verified complaint was filed by the United States against the defendant currency (hereinafter "currency") seeking forfeiture <u>in</u> <u>rem</u> of the designated defendant currency. The complaint alleges that the defendant currency is property which constitutes proceeds traceable to the exchange of controlled substances in violation of the Controlled Substances Act, or is property furnished or intended to be furnished by a person in exchange for a controlled substance or listed chemical in violation of the Controlled Substances Act, and as such is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

It appearing:

That process was fully issued in this action and returned according to law;

That pursuant to order issued in this action, notice of the action was published as required by law;

That claimant Ashley Lawrence James filed a verified claim to the defendant currency and he is the sole claimant in this forfeiture proceeding.

That claimant Ashley Lawrence James and plaintiff United States have submitted a stipulation for entry of judgment of forfeiture;

That no other person or entity has filed or presented a claim to any portion of the defendant currency and the time for submitting or presenting such claims has expired.

NOW, THEREFORE, in accordance with the stipulation of all interested parties for entry of a judgment of forfeiture, it is hereby ORDERED, ADJUDGED, AND DECREED that Judgment of Forfeiture is entered against the sum of $9,000.00 IN UNITED STATES CURRENCY, and against all other persons, potential claimants, and/or entities, if any, having an interest in such amount of the defendant currency, and that said amount of the defendant property ($9,000.00) be, and the same is, hereby forfeited to the United States of America and no right, title, or interest in the defendant property so forfeited shall exist in any other person or entity.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, in accordance with the stipulation of all interested parties, that the sum of $5,500.00, less any sums required to be offset by federal law, shall be returned to claimant Ashley Lawrence James free and clear of the forfeiture claims of the United States advanced herein, in care of his legal counsel.

DATED this 13th day of October, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE